UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

REGINALD HOLDEN,

    Plaintiff,

v.                                         Case No. 19-13235

CHRISTOPHER KERTESZ,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment . . .," dated March 29, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Christopher Kertesz and against Plaintiff Reginald Holden. Dated at Port Huron, Michigan, this 29th day of March, 2021.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    <u>    s/Lisa Wagner    </u>
                                                    By:  Lisa Wagner, Case Manager
                                                            to Judge Robert H. Cleland